RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577

Attorney for Damien Patillo

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAMIEN PATILLO,<br><br>Defendant. | Case No. 2:22-cr-00057-JCM-NJK<br><br>**STIPULATION TO CONTINUE REPLY TO MOTION TO DISMISS COUNT ONE OF THE INDICTMENT DEADLINE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and K. Nicholas Portz, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Damien Patillo, that the Reply to Motion to Dismiss Count One of the Indictment currently due on October 20, 2022, be vacated and continued by two weeks, to November 3, 2022.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to respond to the arguments raised in the government's response.

2. The extra time requested will not delay the trial in this matter, set for December 5, 2022.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the reply deadline.

DATED: October 17, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Joanne L. Diamond*<br>By_____<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | */s/ K. Nicholas Portz*<br>By_____<br>K. NICHOLAS PORTZ<br>Special Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  DAMIEN PATILLO,  Defendant. | Case No. 2:22-cr-00057-JCM-NJK  **ORDER** |

IT IS THEREFORE ORDERED that the Reply to Motion to Dismiss Count One of the Indictment currently due on Thursday, October 20, 2022, be vacated and continued to November 3, 2022.

DATED October 19, 2022.

_____
UNITED STATES DISTRICT JUDGE