# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>DAMIEN PATTILLO,<br><br>            Defendant. | Case No. 2:22-cr-00057-JCM-NJK<br><br>**Order**<br><br>[Docket No. 59] |

Pending before the Court is Defendant's motion to dismiss counsel. Docket No. 59. That motion is hereby **SET** for a hearing at 9:00 a.m. on January 10, 2023.

IT IS SO ORDERED.

DATED: December 27, 2022

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE