JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00057-JCM-NJK |
| Plaintiff, | **STIPULATION TO WITHDRAW MOTIONS AND NOTICE OF EXPERT** |
| vs. | |
| DAMIEN PATILLO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese and Bianca Pucci, Assistant United States Attorneys, counsel for the United States of America, and Chris T. Rasmussen, counsel for Defendant Damien Patillo, that ECF Nos. 43, 44, 45, 46, 47, 48, 49, 50, and 61 be withdrawn.

This stipulation is entered for the following reasons:

1. Defense counsel was appointed on January 10, 2023. ECF No. 64. Counsel for defendant requires additional time to review the government's evidence with their client in preparation for trial.

2. Trial in this case has been continued to June 26, 2023. ECF No. 66.

///

1

3.  Prior defense counsel filed numerous motions *in limine* and an expert notice in preparation for trial. *See* ECF No. 43, 44, 45, 46, 47, 48, 49, 50, and 61. The parties stipulate that these prior defense motions and notices are withdrawn without prejudice with leave to refile by new defense counsel as he sees fit.

4.  The parties agree to this stipulation.

DATED: January 13, 2023

*/s/ Chris T. Rasmussen*
_____
CHRIS T. RASMUSSEN, ESQ.
Attorney for Defendant

*/s/ Allison Reese*
_____
ALLISON REESE
BIANCA R. PUCCI
Assistant United States Attorneys

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00057-JCM-NJK |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| DAMIEN PATILLO, | |
| Defendant. | |

IT IS HEREBY ORDERED that the parties' stipulation to withdraw motions and notice of expert is hereby GRANTED. Accordingly, ECF No. 43, 44, 45, 46, 47, 48, 49, 50, and 61 are hereby withdrawn.

DATED January 18, 2023

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

3