# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>DAMIEN PATTILLO,<br><br>          Defendant. | Case No. 2:22-cr-00057-JCM-NJK<br><br>**Order**<br><br>[Docket No. 96] |

Pending before the Court is Defendant Damien Pattillo's motion to dismiss counsel, Chris Rasmussen. Docket No. 96.

The Court hereby **SETS** that motion for a hearing at 10:00 a.m. on December 5, 2023, in Courtroom 3C. Both counsel and Defendant must be present at the hearing.[1]

IT IS SO ORDERED.

DATED: November 29, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Defendant's unelaborated request to appear by video, Docket No. 96 at 3, is **DENIED**.