UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMIEN PATILLO,

    Defendant.

Case No.: Case No. 2:22-cr-00057-MMD-NJK

**ORDER TO EXTEND GOVERNMENT'S TIME TO RESPOND TO DEFENDANT'S MOTIONS FOR ACQUITTAL AND NEW TRIAL**

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Government's response to Defendant's Motion for Acquittal (ECF No. 178) is due

2. Government's response to Defendant's Motion for New Trial (ECF No. 179) is due on March 4, 2025.

3. Defendant is detained pending sentencing and does not object to the extension.

4. The parties agree to the extension.

5. This continuance is not sought for purposes of delay.

For all of the above-stated reasons, the ends of justice would best be served by a thirty-day extension of the Government's response date.

3

ORDER

IT IS ORDERED that the Government's response to Defendant's Motion for Acquittal and New Trial, currently scheduled for February 4, 2025, be extended to April 3, 2025.

DATED this 29th day of January 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE