UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00057-MMD-NJK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| DAMIEN PATILLO, | |
| Defendant. | |

Based on the pending Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on May 16, 2025, be vacated and will be rescheduled at a later date convenient with the Court's schedule.

DATED this 28th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE