Ashwini Mate (CA State Bar No. 268046)
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (424) 455-2330
Email: ashwini@thefreedmanfirm.com

*Appellate Counsel for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>DAMIEN PATILLO,<br><br>             Defendant. | Case No. 2:22-CR-00057-MMD-NJK<br><br>**ORDER** |

   GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that appellate counsel for defendant-appellant Damien Patillo shall have access to the nonpublic docket sheet.

Dated:     June 26, 2025.

_____
HON. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Presented by:
*s/ Ashwini Mate*
Appellate Attorney for Defendant Damien Patillo