Ashwini Mate (CA State Bar No. 268046)
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (424) 455-2330
Email: ashwini@thefreedmanfirm.com

*Appellate Counsel for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00057-MMD-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| DAMIEN PATILLO, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that the sealed hearings held on January 10, 2023 (Dkt. No 63), and December 5, 2023 (Dkt. No. 98), shall be temporarily unsealed only for counsel for defendant-appellant Damien Patillo to order the transcripts of the audio recordings from the court reporter for appellate purposes. The transcripts will remain sealed to other parties and the public.

Dated:   June 26, 2025.

_____
HON. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Presented by:
*s/ Ashwini Mate*
Appellate Attorney for Defendant Damien Patillo